

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-82,096-01, WR-82,096-02 & WR-82,096-03

### EX PARTE KENTRAIL RAY MCCUIN, Applicant

#### ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
#### CAUSE NOS. F-12-51308-L,  F-12-51309-L, & F-12-51310-L
#### IN CRIMINAL DISTRICT COURT NO. 5
#### FROM DALLAS COUNTY

YEARY, J., filed a concurring opinion, in which KEASLER, and HERVEY, JJ., joined.

## CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of these cases.

FILED: JUNE 22, 2016
PUBLISH